UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SALAH DADO,

       Petitioner,

                                      CASE NO. 2:08-CV-10506
v.                                      HONORABLE GEORGE CARAM STEEH

SHELLEY YAMBRICK,

       Respondent.
_____/

## **JUDGMENT**

The above-entitled matter having come before the Court on a Petition for a Writ of Habeas Corpus, Honorable George Caram Steeh, United States District Judge, presiding, and in accordance with the Opinion and Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus is **DENIED** and **DISMISSED WITH PREJUDICE.**

                                              **DAVID J. WEAVER**
                                              **CLERK OF THE COURT**

                                              **BY: s/Josephine Chaffee**
                                                   **DEPUTY COURT CLERK**

Dated: November 3, 2009